UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GRIGGS & BROWNE CO., INC.,
a Rhode Island corporation, d/b/a
GRIGGS & BROWNE SERVICES, INC.
            Plaintiff,

v.

GRIGGS & BROWNE CO., INC.
a Massachusetts corporation,
            Defendant.

C.A. No.

# 04 CV 10784 WGY

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Griggs & Browne Co., Inc., pursuant to Local Rule 7.3(A), states that it does not

have a parent corporation and no publicly held corporation owns 10% or more of its stock.

GRIGGS & BROWNE CO., INC.,
a Rhode Island corporation,

By their attorneys,

Craig M. Scott, Esq. (BBO #556210)
Charles D. Blackman, Esq. (BBO #635331)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island  02903
(401) 455-0700
(401) 455-0701 (Facsimile)

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of this Statement will be served in conjunction with
service of the Complaint under Rule 4 of the Federal Rules of Civil Procedure.