UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04CV10784-WGY
(BBO #567274)

GRIGGS & BROWNE, CO., INC.                    )
a Rhode Island Corporation d/b/a              )
GRIGGS & BROWN SERVICES, INC.,                )
                  Plaintiff,              )
                              )

vs.                                            )
                              )

GRIGGS & BROWNE, CO., INC.                     )
a Massachusetts Corporation,                   )
                  Defendant.              )

## STIPULATION TO EXTEND A PERIOD
## TO FILE ANSWER OR RESPONSE OF PLEADING

The parties in the above referenced matter hereby stipulate to extend the period within

which defendant Griggs & Browne Co., Inc. may file its answer or responsive pleading in this

matter until December 31, 2004.

GRIGGS & BROWNE, CO., INC.                    GRIGGS & BROWNE, CO., INC.
a Rhode Island Corporation d/b/a           a Massachusetts Corporation,
GRIGGS & BROWN SERVICES, INC.,        By Its Attorney,
By Its Attorney,

Craig M. Scott (BBO #556210)              David M. Ianelli (BBO #567274)
Charles M. Blackman (BBO #635331)      Bowditch & Dewey, LLP
Duffy Sweeney & Scot, LTD.               311 Main Street
One Turks Head Place, Suite 1200       P.O. Box 15156
Providence, RI 02903                    Worcester, MA 01615-0156
Tel. No.: 401/455-0700                Tel. No.: 508/926-3348

Dated: November 10, 2004