UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

GRIGGS & BROWNE CO., INC., :
a Rhode Island corporation, d/b/a :
GRIGGS & BROWNE SERVICES, INC. :
    Plaintiff, :
   :
    v. :   C.A. No. 04-1078-WGY
   :
GRIGGS & BROWNE CO., INC. :
a Massachusetts corporation, :
    Defendant. :

## WITHDRAWAL OF APPEARANCE

I, Charles D. Blackman, hereby withdraw my appearance as counsel for the Plaintiff, Griggs & Browne Co., Inc., in the above-entitled matter. Craig M. Scott and the law firm of Duffy Sweeney & Scott, Ltd shall remain as counsel of record.

                  GRIGGS & BROWNE CO., INC.,
                  a Rhode Island corporation,

                  By their attorneys,

                  _____
                  Charles D. Blackman, Esq. (BBO #635331)
                  DUFFY SWEENEY & SCOTT, LTD.
                  One Turks Head Place, Suite 1200
                  Providence, Rhode Island 02903
                  (401) 455-0700
Dated: December 23, 2004      (401) 455-0701 (Facsimile)

## CERTIFICATION

To:   David M. Ianelli, Esq.
      Bowditch & Dewey LLP
      311 Main Street, P.O. 15156
      Worcester, MA 01615-0156

I hereby certify that I caused a true copy of the within *Withdrawal of Appearance* was mailed to the above named counsel of record on the 21st day of December, 2004.

*[signature: Judith G. Latemer]*

H:\Clients\Griggs & Browne Co., Inc\Pleadings\withdrawal app.doc