UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

WORCESTER, SS.                                             C.A. No. 04-10784-WGY

GRIGGS & BROWNE CO., INC., )
a Rhode Island corporation, d/b/a )
GRIGGS & BROWNE SERVICES, INC. )
 )
            Plaintiff, )
 )
      v. )
 )
GRIGGS & BROWNE CO., INC. )
A Massachusetts corporation, )
 )
            Defendant )

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE ANSWER

Defendant Griggs & Browne Co., Inc. ("Defendant"), with the assent of Plaintiffs Griggs & Browne Co., Inc. and Griggs & Browne Services, Inc. ("Plaintiffs") , hereby moves this Court to extend the time period within which it may file its answer or other responsive pleading to November 11, 2005.  As grounds for this motion, Defendant states that the parties have been involved in extensive settlement negotiations for some time, and are in the process of drafting final settlement documents.  The parties seek an additional fourteen (14) days to ensure that they have sufficient time to agree upon and draft all the issues and terms of the contemplated settlement.  The request for a continuance is not sought to hinder or delay this matter, but rather will promote judicial economy and preserve judicial resources by enabling a private resolution to this dispute.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant this assented to motion to extend the time period to file an answer as requested herein.

GRIGGS & BROWNE, CO., INC.
a Massachusetts Corporation,
By Its Attorney,

_____
David M. Ianelli (BBO #567274)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel. No.: 508/926-3414

ASSENTED TO:

GRIGGS & BROWNE, CO., INC.
a Rhode Island Corporation d/b/a
GRIGGS & BROWN SERVICES, INC.,
By Its Attorney,

_____
Craig M. Scott (BBO #556210)
Duffy Sweeney & Scot, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel. No.: 401/455-0700


Dated: October 27, 2005