UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10784-WGY

| | |
|---|---|
| GRIGGS & BROWNE CO., INC., a Rhode Island corporation, d/b/a GRIGGS & BROWNE SERVICES, INC. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GRIGGS & BROWNE CO., INC. A Massachusetts corporation, | ) ) ) |
| Defendant | ) |

**JOINT MOTION TO ENLARGE TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING UP TO AND INCLUDING DECEMBER 9, 2005**

The parties to the above-captioned lawsuit hereby move this Court to issue an order enlarging the time in which Defendant may file its answer or other responsive pleading up to and including December 9, 2005. As grounds for this motion, the parties state that they have been engaged in substantive settlement negotiations and that they believe they are close to a final resolution of this dispute, which, if successful, would obviate the need for further litigation. As such, the parties seek this additional and final enlargement of time. This enlargement will not unduly delay the final resolution of this lawsuit or prejudice the rights of the parties, and will serve the interests of judicial economy in the event a negotiated settlement is reached.

{Client Files\LIT\303060\0001\PLD\00609751.DOC;1}

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court issue an order enlarging the time for Defendant to respond to the Complaint up to and including December 9, 2005.

| | |
|---|---|
| GRIGGS & BROWNE, CO., INC.<br>a Rhode Island Corporation d/b/a<br>GRIGGS & BROWN SERVICES, INC.,<br>By Its Attorney, | GRIGGS & BROWNE, CO., INC.<br>a Massachusetts Corporation,<br>By Its Attorney, |
| /s/ Craig M. Scott<br>_____<br>Craig M. Scott (BBO #556210)<br>Duffy Sweeney & Scott, LTD.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903<br>Tel. No.: (401) 455-0700 | /s/ Thomas J. Conte<br>_____<br>Thomas J. Conte, Esquire (BBO #566092)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>Tel. No.: (508) 926-3415 |

Dated: November 10, 2005

{Client Files\LIT\303060\0001\PLD\00609751.DOC;1}