UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-10784--WGY

| | |
|---|---|
| GRIGGS & BROWNE CO., INC., a Rhode Island corporation, d/b/a GRIGGS & BROWNE SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>GRIGGS & BROWNE CO., INC. A Massachusetts corporation,<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of their claims in the above-entitled action be dismissed with prejudice and without costs, waiving all rights of appeal.

GRIGGS & BROWNE CO., INC.,
a Rhode Island corporation,

by Its Attorneys,

_____
Craig M. Scott, Esq. (BBO #556210)
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: December 26, 2005

GRIGGS & BROWNE, CO., INC.,
a Massachusetts corporation,

by Its Attorneys,

_____ 12/28/05
Thomas J. Conte (BBO #566092)
Maura A. Green (BBO # 547204)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3145